IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-397-D

| | | |
|---|---|---|
| VANESSA BRASWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of | ) | |
| Social Security | ) | |
| | ) | |
| Defendant | | |

This matter is before the Court on defendant's Motion for Remand to the Commissioner. Plaintiff's counsel has indicated that he does not oppose the defendant's Motion for Remand.

Accordingly, for good cause shown, the Court hereby reverses the Commissioner's decision and remands, under sentence four of 42 U.S.C. § 405(g), the case to the Commissioner for further proceedings to allow the defendant to further evaluate the opinion from Dr. Erin Baker. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

The Clerk of the Court is directed to enter a separate judgement pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this  29  day of  June , 2011

JAMES C. DEVER, III
UNITED STATES DISTRICT JUDGE